478 A.2d 100

Commonwealth v. Zant, Appellant.

Argued December 15, 1983. Kalvin Kahn, for appellant; Alan Sacks, Assistant District Attorney, for appellee.

Before SPAETH, President Judge, and CIRILLO and JOHNSON, JJ.

Affirmed.

478 A.2d 100

Dobish et ux. v. Guarantee Builders, Appellant.

Petition for Allowance of Appeal
Denied Jan. 17, 1985.

Submitted February 27, 1984. Andrew M. Schifino, for appellant; Jay Y. Rubin, for appellee.

Before CAVANAUGH, WICKERSHAM and HOFFMAN, JJ.

Affirmed.